UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHIREVELL WILLIAMS,

    Plaintiff,

v.                                                                                      CASE No. 8:19-cv-1548-T-SPF

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **ORDER**

      This cause comes before the Court sua sponte. On January 24, 2020, this Court entered an Order to Show Cause (Doc. 18) prompted by Plaintiff's failure to comply with this Court's deadline of December 30, 2019 to file her memorandum in support of her request for relief (Doc. 14). The Court's Order to Show Cause (Doc. 18) directed Plaintiff to advise the Court within fourteen days of the date of the Order to Show Cause why this action should not be dismissed due to lack of prosecution. *See* Local Rule 3.10(a), M.D. Fla. ("Whenever it appears that any case is not being diligently prosecuted the Court may, on motion of any party or on its own motion, enter an order to show cause why the case should not be dismissed, and if no satisfactory cause is shown, the case may be dismissed by the Court for want of prosecution."). The Court further advised Plaintiff that failure to show cause may result in this action being dismissed without further notice. Fourteen days from the date of the Order to Show Cause has passed, and, as of the date of this Order, Plaintiff has failed to

file a response or show cause why this action should not be dismissed due to lack of prosecution.

Accordingly, it is hereby ORDERED:

(1) Plaintiff's complaint is dismissed for lack of prosecution pursuant to Local Rule 3.10(a), M.D. Fla.

(2) The Clerk is directed to close this case.

ORDERED at Tampa, Florida on February 12, 2020.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE